UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO. 3:12cr30

V.

ORDER

FREDDIE ANDAYA

---

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion (Doc#73) to Reduce Sentence re USSC Amendment 782,

This Motion has already been denied in Document 67.

**IT IS ORDERED**, that Defendant's Motion is **DENIED.**

Signed: October 5, 2021

Frank D. Whitney
United States District Judge