UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00030-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) ORDER |
| FREDDIE ANDAYA, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Motion that seeks a reduction in sentence under the First Step Act, (Doc. No. 85), which was filed pro se. The Court hereby ORDERS the Government to respond to the merits of Defendant's motion, including arguments and/or concessions on the 18 USCA § 3553(a) factors. The Government shall have thirty (30) days from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: September 22, 2022

Frank D. Whitney
United States District Judge

1